IN THE SUPREME COURT OF TENNESSEE
AT KNOXVILLE

FILED

January 4, 1999

Cecil W. Crowson
Appellate Court Clerk

WAYNE ELDRED HILL,      )
           )
    Plaintiff/Appellee,    )
           )
v.           )    NO. 03S01-9608-CH-00086
           )
CNA INSURANCE COMPANY,    )
           )
    Defendant/Appellee,    )
           )
and           )
           )
LARRY BRINTON, JR., DIRECTOR    )
OF THE DIVISION OF WORKERS'    )
COMPENSATION, TENNESSEE    )
DEPARTMENT OF LABOR,    )
SECOND INJURY FUND,    )
           )
    Defendant/Appellant.    )


## CONCURRING OPINION


I concur in the majority's holding that this case falls within the purview of Tenn. Code Ann. § 50-6-208(a). I, however, continue to adhere to my dissent in Bomely v. Mid-America Corp., 970 S.W.2d 929 (Tenn. 1998), in which I concluded that Tenn. Code Ann. § 50-6-208(a) is applicable when there is a subsequent injury and the employee is rendered permanently and totally disabled. Subsection (b), however, should apply only when the employee is still able to earn a wage or be gainfully employed but has received compensable vocational disabilities that exceed 100 percent or 400 weeks of compensation.


_____
JANICE M. HOLDER, JUSTICE